# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO: 3:12-CV-585-MOC-DCK

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC., as** ) | |
| **Broadcast Licensee of the November 13, 2010,** ) | |
| **Pacquaio/Margarito Broadcast,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **O       RDER** |
| ) | |
| **ANA MARIBEL AVALOS RAMIREZ, MANUEL**) | |
| **PENA RAMIREZ, MARIA CONCEPCION** ) | |
| **MIRANDA DE COTTO and RENE ANTONIO** ) | |
| **COTTO BORJA, Individually, and as officers,** ) | |
| **directors, shareholders, and/or principals of** ) | |
| **CUSCATLAN INC., d/b/a CUZCATLAN** ) | |
| **RESTAURANTE,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **CUSCATLAN INC., d/b/a CUZCATLAN** ) | |
| **RESTAURANTE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Allan P. Root on September 9, 2012, concerning Julie Cohen Lonstein.  Ms. Lonstein seeks to appear as counsel *pro hac vice* for Plaintiff, J & J Sports Productions, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Lonstein is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff, J & J Sports Productions, Inc.

Signed: September 19, 2012

David C. Keesler
United States Magistrate Judge