IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:12-CV-585-MOC-DCK

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 13, 2010, Pacquaio/Margarito Broadcast, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| ANA MARIBEL AVALOS RAMIREZ, MANUEL PENA RAMIREZ, MARIA CONCEPCION MIRANDA DE COTTO and RENE ANTONIO COTTO BORJA, Individually, and as officers, directors, shareholders, and/or principals of CUSCATLAN INC., d/b/a CUZCATLAN RESTAURANTE, | ) ) ) ) ) ) ) ) |
| and | ) ) |
| CUSCATLAN INC., d/b/a CUZCATLAN RESTAURANTE, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by Charles Hinnant on October 15, 2012, concerning Matthew A. Pare. Mr. Pare seeks to appear as counsel *pro hac vice* for all named Defendants, including Ana Maribel Avalos Ramirez, Manuel Pena Ramirez, Maria Concepcion Miranda De Cotto, Rene Antonio Cotto Borja, and Cuscatlan Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Pare is hereby admitted to appear before the Court *pro hac vice* on behalf of all named Defendants, including Ana Maribel Avalos Ramirez, Manuel Pena Ramirez, Maria Concepcion Miranda De Cotto, Rene Antonio Cotto Borja, and Cuscatlan Inc.

Signed: October 15, 2012

David C. Keesler
United States Magistrate Judge